e. robert (bob) wallach, esq. (SBN 29078) erobertbob@sbcglobal.net
Lawyer-Counselor
Law Offices of e. robert (bob) wallach, P.C.
P. O. Box 2670
San Francisco, CA 94126-2670
155 Jackson Street, No. 602
San Francisco, CA 94111
415-989-6445

Alan L. Barry, Esq. (*pro hac vice pending*) abarry@bellboyd.com
Amy G. O'Toole, Esq. (*pro hac vice pending*) aotoole@bellboyd.com
BELL, BOYD & LLOYD LLC
70 West Madison Street, Suite 3100
Chicago, IL 60602
312-372-1121
Fax: 312-827-8000

David L. Aronoff (SBN 152606) daronoff@thelenreid.com
Gayle I. Jenkins (SBN 168962) gjenkins@thelenreid.com
Thelen Reid & Priest LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071-3048
213-576-8044

Attorneys for Sharper Image Corporation

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FRESH AIR EXPRESS, INC., a California corporation, and INFOFACTORY COMP-TECH, INC., a California corporation,<br><br>Defendants. | Case No. CV-05-6292 FMC-SS<br><br>STIPULATION OF DISMISSAL |

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARPER IMAGE CORPORATION<br>Plaintiff,<br><br>v.<br><br>FRESH AIR EXPRESS, INC., a California corporation, and INFOFACTORY COMP-TECH, INC., a California corporation,<br><br>Defendants. | Case No. CV-05-6292 FMC-SS<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Sharper Image Corporation ("Sharper Image") and Defendant Fresh Air Express, Inc. ("Fresh Air") that pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., Sharper Image's claims against Fresh Air in the above-captioned action be, and hereby are, dismissed with prejudice. Sharper Image and Fresh Air agree and represent that:

1. Sharper Image and Fresh Air have entered into a confidential settlement agreement executed on ___March___ _8_, 2006 ("Settlement Agreement").

2. This stipulation is expressly conditioned on the terms and conditions of the Settlement Agreement executed by the parties.

3. The Court shall retain jurisdiction, pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 114 S. Ct. 1673 (1994) and the inherent authority of the Court to enforce its orders, over Sharper Image and Fresh Air and the subject matter of this action and the Settlement Agreement for purposes of construing and enforcing the Settlement Agreement, including remedies for violation of said matters, and each party expressly reserves its rights to pursue the other parties for violation of said matters.

4. Each party will bear its own costs and attorneys' fees for this action.

DATED: March 10, 2006.

SHARPER IMAGE CORPORATION

By Its Attorney:

Alan L. Barry
Amy G. O'Toole
Bell, Boyd & Lloyd LLC
Three First National Plaza
70 West Madison Street, Suite 3300
Chicago, Illinois 60602

FRESH AIR EXPRESS, INC.

By Its Attorney:

John Alumit
Patel & Alumit, P.C.
16830 Ventura Blvd., Suite 360
Encino, CA 91436

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: Mar. 14, 2006

Florence-Marie Cooper
UNITED STATES DISTRICT JUDGE

*Sharper Image Corporation v. Fresh Air Express, Inc., et al.*

**CERTIFICATE OF SERVICE BY MAIL**

CASE NO. CV-05-6292 FMC-SS

I am over the age of 18 and not a party to the within action. I am employed in the County of Los Angeles, State of California by Thelen Reid & Priest LLP. My business address is 333 South Hope Street, Suite 2900, Los Angeles, California 90071-3048.

On March 13, 2006, I served the following entitled document:

**STIPULATION OF DISMISSAL**

by placing a true and correct copy thereof in a sealed envelope addressed as follows:

>  John Alumit
>  Patel & Alumit, P.C.
>  16830 Ventura Blvd., Suite 360
>  Encino, California 91436

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 13, 2006, at Los Angeles, California.

_____
Robin Salyer